# EXHIBIT 1

US011085233B1

(12) **United States Patent**
Flannery et al.

(10) Patent No.: **US 11,085,233 B1**
(45) Date of Patent: **Aug. 10, 2021**

(54) **GATE APPARATUS WITH SPRINGLESS AUTOMATIC RETURN GATE**

(71) Applicant: **Carlson Pet Products, Inc.**, Longboat Key, FL (US)

(72) Inventors: **Mark A. Flannery**, Longboat Key, FL (US); **Porter R. Million**, Minneapolis, MN (US)

(73) Assignee: **Carlson Pet Products, Inc.**, Longboat Key, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/569,667**

(22) Filed: **Sep. 12, 2019**

**Related U.S. Application Data**

(63) Continuation of application No. 15/451,255, filed on Mar. 6, 2017, now Pat. No. 10,415,290, which is a
(Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *E06B 7/32* | (2006.01) |
| *E05C 1/12* | (2006.01) |
| *E05B 63/24* | (2006.01) |
| *E05B 63/14* | (2006.01) |
| *E06B 9/02* | (2006.01) |
| *E05F 15/50* | (2015.01) |
| *E06B 9/04* | (2006.01) |
| *E05B 17/20* | (2006.01) |
| *E06B 11/02* | (2006.01) |
| *E05F 3/20* | (2006.01) |
| *E05F 3/18* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC .......... *E06B 7/32* (2013.01); *E05B 17/2038* (2013.01); *E05B 63/14* (2013.01); *E05B 63/244* (2013.01); *E05B 65/0007* (2013.01); *E05C 1/10* (2013.01); *E05C 1/12* (2013.01); *E05F 1/068* (2013.01); *E05F 3/18* (2013.01); *E05F 3/20* (2013.01); *E05F 15/50* (2015.01); *E06B 9/02* (2013.01); *E06B 9/04* (2013.01); *E06B 11/022* (2013.01); *E05Y 2800/426* (2013.01); *E05Y 2900/40* (2013.01); *E06B 2009/002* (2013.01); *Y10T 292/0976* (2015.04)

(58) **Field of Classification Search**
CPC . E06B 7/32; E06B 11/022; E06B 9/02; E06B 9/04; E06B 2009/002; E05B 63/244; E05B 63/14; E05B 65/007; E05B 17/2038; E05F 1/068; E05F 3/18; E05F 3/20; E05F 15/50; E05C 1/12; E05C 1/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,439,542 A | 12/1922 | Peter | |
| 1,944,386 A | 1/1934 | Winslow | |
| (Continued) | | | |

*Primary Examiner* — Katherine W Mitchell
*Assistant Examiner* — Abe Massad

(57) **ABSTRACT**

A gate apparatus having an automatically returning gate, an upper latch operated by an upper button, and a lower latch operated by an upper finger handle. Each of the latches must be opened to open the gate. The gate returns without the aid of a spring to a position close to the closed position or to the closed position by the structure of a pivot or hinge connection between the gate and the frame of the gate. Gate tubes are rectangular in section for their entire length. Wood panels are included in the gate and excluded from other portions of the gate apparatus to make the gate stand out to the user seeking to open the gate.

**2 Claims, 6 Drawing Sheets**



### Related U.S. Application Data

continuation of application No. 14/106,834, filed on Dec. 15, 2013, now Pat. No. 9,587,426, which is a continuation of application No. 13/337,718, filed on Dec. 27, 2011, now Pat. No. 8,607,502.

(51) **Int. Cl.**
  **E05F 1/06** (2006.01)
  **E05B 65/00** (2006.01)
  **E05C 1/10** (2006.01)
  **E06B 9/00** (2006.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,573,061 A | 10/1951 | Raymond |
| 3,107,390 A | 10/1963 | Shelton |
| 3,282,617 A | 11/1966 | Wason |
| 4,628,635 A | 12/1986 | Maillard |
| 5,060,421 A | 10/1991 | Castelli |
| 5,265,311 A | 11/1993 | Gard |
| 5,272,840 A | 12/1993 | Knoedler et al. |
| 5,809,694 A | 9/1998 | Postans |
| 6,073,396 A | 6/2000 | Kietzmann |
| 6,112,461 A | 9/2000 | Cheng |
| 6,499,254 B2 | 12/2002 | Rossman et al. |
| 6,516,568 B2 | 2/2003 | Yang |
| 6,711,854 B1 | 3/2004 | Andersen |
| 7,152,372 B2 | 12/2006 | Cheng |
| 7,393,024 B2 | 7/2008 | Bella |
| 7,520,542 B1 | 4/2009 | Price |
| 7,540,046 B1 | 6/2009 | Lai |
| 7,887,029 B2 | 2/2011 | Flannery |
| 7,950,184 B2 | 5/2011 | Flannery |
| 7,975,431 B2 | 7/2011 | Flannery |
| 8,448,381 B2 * | 5/2013 | Flannery .................. E06B 9/04 |
| 8,607,502 B2 | 12/2013 | Flannery et al. |
| 9,458,668 B1 * | 10/2016 | Flannery .................. E06B 7/32 |
| 10,287,819 B1 * | 5/2019 | Flannery .................. E06B 3/36 |
| 2002/0007597 A1 | 1/2002 | Wang |
| 2003/0009945 A1 * | 1/2003 | Cheng .................. E05F 1/1223 49/57 |
| 2003/0110704 A1 | 6/2003 | Cheng |
| 2005/0028947 A1 * | 2/2005 | Waldman ............ E05B 65/0014 160/215 |
| 2007/0074453 A1 | 4/2007 | Flannery |
| 2008/0185566 A1 | 8/2008 | Flannery |
| 2008/0202047 A1 | 8/2008 | Flannery |
| 2008/0265233 A1 | 10/2008 | Flannery |
| 2009/0293363 A1 | 12/2009 | Flannery |
| 2010/0083577 A1 | 4/2010 | Flannery et al. |
| 2011/0175046 A1 | 7/2011 | Flannery et al. |
| 2011/0225890 A1 | 9/2011 | Greenwood et al. |
| 2012/0055092 A1 * | 3/2012 | Boucquey ........... E05B 65/0014 49/192 |
| 2012/0255234 A1 | 10/2012 | Wang |
| 2012/0324792 A1 * | 12/2012 | Bertsch ..................... E06B 9/04 49/37 |

* cited by examiner

U.S. Patent        Aug. 10, 2021        Sheet 1 of 6        US 11,085,233 B1

Fig.1



Fig.2A

Fig.2B



Fig.3A

Fig.3B



Fig.4A

Fig.4B



Fig.5A



Fig.5B



Fig.6A

Fig.6B

# GATE APPARATUS WITH SPRINGLESS AUTOMATIC RETURN GATE

This application is a continuation of U.S. patent application Ser. No. 15/451,255 filed Mar. 6, 2017 (U.S. Pat. No. 10,415,290 issued Sep. 17, 2019) and claims the benefit thereof under 35 U.S.C. § 120, which application is a continuation of U.S. patent application Ser. No. 14/106,834 filed Dec. 15, 2013 (U.S. Pat. No. 9,587,426 issued Mar. 7, 2017) and claims the benefit thereof under 35 U.S.C. § 120, which application is a continuation of U.S. patent application Ser. No. 13/337,718 filed Dec. 27, 2011 (U.S. Pat. No. 8,607,502 issued Dec. 17, 2013) and claims the benefit thereof under 35 U.S.C. § 120, all of which applications are hereby incorporated by reference in their entireties into this application.

## FIELD OF THE INVENTION

The present invention relates to a gate apparatus for a passageway of a home or residence, to a gate apparatus having a gate that, after being opened, returns in the direction of the closed state without the aid of a spring under the influence of gravity, and to a gate apparatus having upper and lower latches, where the upper latch extends horizontally from a frame to the gate and where the lower latch extends vertically from the gate to a frame.

## BACKGROUND OF THE INVENTION

A home or residence includes passageways. One passageway may lead into and out of the kitchen. Another passageway may be at the top of a staircase. Another passageway may be at a bottom of a staircase. These passageways may or may not include doors.

A barrier may be positioned in such a passageway to keep small children or pets, such as dogs, in or out of a certain room, or to keep children from climbing or falling down a staircase. A barrier may include a gate.

The barrier may be a pressure gate apparatus that squeezes itself between two opposing vertical surfaces such as two walls. The pressure gate apparatus may be set up off the floor or may make contact with the floor. The barrier may be fixed to and between two opposing vertical surfaces, such as with screws, and without being squeezed between the two walls. The barrier may be a free standing gate apparatus such as where two opposing walls do not present themselves.

A gate in a barrier may have features in common with a conventional door, door handle and latch. A gate may be configured to open with one hand. A gate may have a latch that is opened by rotating a handle. Fortunately or unfortunately, small children can easily open doors. Fortunately or unfortunately, small children can easily close doors.

## SUMMARY OF THE INVENTION

A feature of the present invention is the provision in a gate apparatus, of a barrier frame and a gate swingably engaged to the barrier frame, where the gate automatically returns to a position close to the closed position or to the closed position without the aid of a spring.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame and a gate swingably engaged to the barrier frame, where the gate includes vertical and horizontal support members, where the barrier frame includes vertical and horizontal support members, and where an axis on which the gate pivots is oblique relative to the vertical and horizontal support members of the gate and of the barrier frame such that the gate returns automatically to a closed position or close to a closed position.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame and a gate swingably engaged to the barrier frame, where the gate includes vertical and horizontal support members, where the barrier frame includes vertical and horizontal support members, and where an axis on which the gate pivots includes both vertical and horizontal components such that the gate returns automatically to a closed position or close to a closed position under the influence of gravity.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame and a gate swingably engaged to the barrier frame with a pivot connection, of a first face of the pivot connection being fixed relative to the gate and being oblique relative to an axis of the pivot connection so as to slightly tilt the axis of the pivot connection so as to provide a horizontal component to the axis of the pivot connection.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame and a gate swingably engaged to the barrier frame with a pivot connection, of the second face being fixed relative to the barrier frame and being oblique relative to an axis of the pivot connection so as to slightly tilt the axis of the pivot connection so as to provide a horizontal component to the axis of the pivot connection.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where the first latch apparatus includes a finger handle on an upper portion of the gate and a lower latch extending from a lower portion of the gate and interacting with a lower horizontal support member of the barrier frame.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where the second latch apparatus includes a button on an upper portion of the barrier frame and an upper latch extending from an upper portion of the barrier frame and interacting with an upper portion of the gate.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where, for the gate to be opened, each of first and second latches of the first and second latch apparatus must be disengaged from the barrier frame and gate, respectively.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where the first latch apparatus includes a finger handle that is configured to operate in the vertical direction such that the finger handle is lifted to draw a lower latch upwardly and out of engagement with a lower horizontal support member of the barrier frame.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running

3

from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where the second latch apparatus includes a button that is configured to be pushed downwardly along a vertical axis and wherein an upper latch is configured to be drawn inwardly into a second end of the barrier frame along a horizontal axis.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where the first and second latch apparatus are configured to require equal and opposite motions for a successful opening of the gate.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where the first latch apparatus includes a spring between a finger handle and a lower latch, with the spring biasing the lower latch to a closed position such that a tension is provided to the finger handle when the finger handle draws the lower latch out of engagement with a lower horizontal support member of the barrier frame.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where the second latch apparatus includes a spring between a button and an upper latch, with the spring biasing the upper latch to a closed position such that a tension is provided when the button is pushed in to draw the upper latch out of engagement with the gate.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where a finger handle of the first latch apparatus confronts a button of the second latch apparatus.

Another feature of the present invention is the provision in a gate apparatus, of a barrier frame, a gate swingably engaged to the barrier frame, a first latch apparatus running from the gate to the barrier frame, and a second latch apparatus running from the barrier frame to the gate, where, when the lower latch engages the barrier frame and when the upper latch engages the gate, the finger handle and the button are generally aligned in the horizontal direction.

An advantage of the present invention is child safety. A feature contributing to this advantage is the inclusion of two latches that are configured such that a) each of the latches must be operated such that the gate can successfully be opened, b) the latches must be operated at the same time such that the gate can successfully be opened, and c) the latches snap into a closed position when the gate is closed and do so automatically without user intervention.

Another advantage is that the gate will tend to return to a position close to a closed position or to the closed position regardless of the attention that a user gives to the gate after opening the gate. If the user opens the gate, then lets go of the gate, the gate will automatically close or will automatically return close to the plane of the barrier frame, i.e., to a position that confronts the closed position. A feature contributing to this advantage is the structural design of the

4

pivot connection between the gate and the barrier frame. Another feature contributing to this advantage is the absence of a spring in such a pivot connection.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front view of the present gate apparatus.

FIG. **2A** is a detail, section and partially diagrammatic view of first and second latch apparatus of the gate apparatus of FIG. **1** and shows the first and second latch apparatus in a closed state.

FIG. **2B** is a detail, section and partially diagrammatic view of first and second latch apparatus of the gate apparatus of FIG. **1** and shows the first and second latch apparatus in an open state.

FIG. **3A** is a detail view of a lower pivot connection between a gate and a barrier frame of the gate apparatus of FIG. **1** prior to the faces of the pivot connection riding upon each other.

FIG. **3B** is a detail view of an alternate lower pivot connection between a gate and a barrier frame of the gate apparatus of FIG. **1** prior to the faces of the pivot connection riding upon each other.

FIG. **4A** is a detail view of an alternate upper pivot connection between a gate and a barrier frame of the gate apparatus of FIG. **1** prior to the faces of the pivot connection riding upon each other.

FIG. **4B** is a detail view of an alternate upper pivot connection between a gate and a barrier frame of the gate apparatus of FIG. **1** prior to the faces of the pivot connection riding upon each other.

FIG. **5A** is a front view of an alternate embodiment of the gate apparatus of FIG. **1**.

FIG. **5B** is a detail, section and partially diagrammatic view of first and second latch apparatus of the gate apparatus of FIG. **5A** showing the second latch apparatus in a closed state.

FIG. **6A** is a detail view of an alternate lower pivot connection between a gate and a barrier frame of the gate apparatus of FIG. **1** showing the faces of the pivot connection riding upon each other.

FIG. **6B** is a detail view of the alternate upper pivot connection of FIG. **4B**, showing the faces of the pivot connection riding upon each other.

DESCRIPTION

The present gate apparatus is shown in FIG. **1** and is indicated by reference number **10**. Gate apparatus **10** includes a main frame **12**, a gate **14** swingably engaged to the main frame **12**, a first latch apparatus **16**, a second latch apparatus **18**, a first extension **20** and a second extension **22**. One or more extensions **20** and **22** may be utilized for passageways of greater width. Main frame **12**, gate **14**, first and second latch apparatus **16**, **18**, and first and second extensions **20**, **22** generally fall into a first plane when the gate **14** is in a closed position.

Main frame **12** is a unitary one-piece element. Main frame **12** includes a first end **24** and a second end **26** interconnected by a lower horizontal support member **28**. First end **24** includes an outer vertical support member **30** that confronts extension **20** and an inner vertical support member **32** that confronts the gate **14**. The vertical support members **30**, **32** extend upwardly and parallel to each other from the lower horizontal support member **28** and terminate at an upper horizontal support member **34**. Vertical support members **30**, **32** are interconnected by lower horizontal support member

28, upper horizontal support member 34, and a pair of relatively short horizontal support members 36, 38. Support member 36 is a lower support member that confronts lowermost horizontal support member 28. Support member 38 is an upper support member that confronts uppermost horizontal support member 34. Support members 28, 34, 36, and 38 run parallel to each other.

The second end 26 of the main frame 12 is a mirror image of the first end 24. Second end 26 includes an outer vertical support member 30, an inner vertical support member 32, an uppermost horizontal support member 34, a lower support member 36, and an upper support member 38.

Main frame 12 is manufactured to be a pressure frame. That is, the upwardly extending support members 30 and 32 of the second end 26 are manufactured to be slightly obtuse (slightly over 90 degrees) relative to the lower horizontal member 28. This slightly obtuse relationship permits the first end 24 and second end 26 to be relatively squeezed together between two vertically running surfaces, such as two walls, and to thereby resiliently push back against the vertically running surfaces such that the gate apparatus 10 can fix itself between two walls and in a position off the floor if desired. Latch apparatus 18 does not engage gate 14 until the second end 26 is pushed into a right angle relationship, or thereabouts, with the lowermost horizontal support member 28.

The apparatus that squeezes first end 24 and second end 26 relatively toward each other is a screw apparatus 40. Screw apparatus 40 includes a threaded shaft 42 having a disk shaped head 44 rigidly fixed on a distal end of the threaded shaft 42. Disk shaped head 44 abuts a vertical surface such as a wall. The shaft 42 is threaded and includes a knob 46 having a threaded opening that mates with the threads of the shaft 42. Knob 46 includes a face that abuts an end of one of the extensions 20, 22. Knob 46 when turned on the shaft 42 travels incrementally to and away from the head 44. The proximal end portion of shaft 42 is set in a nonthreaded hole or receptor 62 or 64 formed in one of the extensions 20, 22 or nonthreaded hole or receptor 66 or 68 formed in outer vertical support members 30 of one of the main frame ends 24, 26. If one or more of the extensions 20, 22 are not utilized, the shafts 42 are received in receptors 66, 68 formed in the outer vertical support members 30 of the main frame ends 24, 26. To squeeze the main frame ends 24, 26 relatively toward each other, knob 46 is turned or rotated to travel on shaft 42 in a direction away from disk shaped head 44.

First and second extensions 20, 22 are mirror images of each other. First extension 20 includes a pair of vertical support members 48, 50 that run parallel to each other and run the height of the outer vertical support member 30 of main frame 12. Vertical support members 48, 50 are interconnected by a lowermost horizontal support member 52, an uppermost horizontal support member 54, a lower horizontal support member 56, and an upper horizontal support member 58. Support members 52, 54, 56 and 58 run parallel to each other. Horizontal support member 56 is horizontally aligned with support member 36 of the main frame 12. Horizontal support member 58 is horizontally aligned with horizontal support member 38 of the main frame 12. First extension 20 further includes an inner vertical support member 60 running to and between the lower and upper horizontal support members 56, 58. Support member 60 runs parallel to support members 48, 50 and is disposed centrally in extension 20 and equidistance from each of support members 48, 50. Each of the vertical support members 48, 50 has a pair of openings 62, 64. Lower opening 62 is formed opposite of horizontal member 56 such that shaft 42 can extend into opening 62 and further into tubular lower horizontal member 56. Upper opening 64 is formed opposite of horizontal member 58 such that shaft 42 can extend into opening 64 and further into tubular upper horizontal member 58.

Extensions 20, 22 may include pin connectors 71, as shown in FIG. 5B, extending therefrom, such as from vertical support member 50. Such pin connectors 71 then engage openings 66, 68 formed in vertical support member 30. One or more spacers or washers 70 may be engaged on vertical support member 30 to space extensions 20, 22 slightly away from vertical support member 30. Spacer 70 surrounds opening 66, 68.

Gate 14 includes a first vertical support member 72, a second vertical support member 74, and a lowermost horizontal or traversing support member 76 running to and between the vertical support members 72, 74. Lowermost horizontal support member 76 is horizontally aligned with lower horizontal support member 36 of main frame 12 and horizontal support members 56 of first and second extensions 20, 22.

Gate 14 includes an uppermost or traversing support member 78 extending from an upper end of vertical support member 72 to an upper end of vertical support member 74. Uppermost or traversing support member 78 is a segment or arc of a circle and runs adjacent to panel 82 such that panel 82 includes an arc portion.

Gate 14 includes an upper horizontal or traversing support member 80 running horizontally to and between horizontal support members 72, 74. Support member 80 is generally aligned horizontally with horizontal support members 38 of main frame 12 and horizontal support members 58 of extensions 20, 22.

Running between support members 78 and 80, and further running between vertical support members 72, 74, is a panel 82. Panel 82 is opaque. More preferably, panel 82 is formed of wood or a material that provides the appearance of wood. Members 72, 74, 78, 80, the support members surrounding the panel 82, have a first thickness, i.e., a distance from a first or front face of the gate apparatus 10 to a second or rear face of the gate apparatus 10. Disposed inwardly of surrounding members 72, 74, 78 and 80, panel 82 includes a beveled periphery 84. Further inwardly of the beveled periphery 82 is a flat panel section 86 having a second thickness greater than the first thickness of members 72, 74, 78 and 80. It should be noted that beveled periphery 84 and flat panel section 86 are found on both sides of the gate 154.

Gate 14 includes inner vertical support members 88, 90, 92 and 94 running between lowermost horizontal support member 76 and upper horizontal support member 80. Support members 88, 90, 92, 94 are parallel to each other and to outer vertical support members 72, 74.

Gate 14 includes inner horizontal or traversing support member 96 running to and between vertical support members 90, 92. Inner horizontal support member 96 runs parallel to lowermost horizontal support member 76 and upper horizontal support member 80.

Gate 14 includes vertical support members 98, 100 running from inner horizontal support member 96 to upper horizontal support member 80. Vertical support members 98, 100 run parallel to each other and to vertical support members 72, 74, 88, 90, 92, and 94.

Gate 14 includes a pet door or pet gate 102. Pet door 102 is framed by lowermost horizontal support member 76, inner horizontal support member 96, inner vertical support member 90, and inner vertical support member 92. Pet door 102 includes a lowermost horizontal support member 104 and an

uppermost horizontal support member 106 that run parallel to each other. Pet door includes vertical support members 108, 110, 112, and 114 running to and between lowermost horizontal support member 104 and uppermost horizontal support member 106. Pet door 102 includes a latch 116 extending between vertical support member 114 and vertical support member 92. Pet door 102 swings on a vertical axis provided by lower and upper pin connectors 118, 120. Lower pin connector 118 is disposed between lowermost support member 104 of the pet door 102 and the lowermost support member 76 of the gate 14. Lower pin connector 118 is vertically aligned with vertical support member 108. Upper pin connector 120 is disposed between uppermost horizontal support member 106 of the pet door 102 and inner horizontal support member 96 of the gate 14. Upper pin connector 120 is vertically aligned with the vertical support member 108 and with lower pin connector 118. When latch 116 is opened, pet door 102 can swing to either the front or rear face of gate apparatus 10.

Main frame 12 includes a piece 122 extending from a junction of uppermost horizontal support member 34 and vertical support member 32 to a space slightly above vertical support member 72, where a distal end of piece 122 mounts a pin connector at pivot connection B for swingably mounting the gate 14.

A washer or spacer or other piece may be engaged about the pin connector and between the distal end of piece 122 and the upper end of vertical support member 72. Such pin connector extends into vertical support member 72. A decorative cover 124 extends over piece 122, partially about horizontal support member 34 and partially about vertical support member 32. Gate 14 is swingably mounted on a mount 126 engaged on lowermost horizontal support member 28 of main frame 12. A distal end portion of mount 126 confronts vertical support member 32 of end 24 of frame 12. A proximal end portion of mount 126 is fixed to a lower end of vertical support member 72. The connection between the distal end portion of mount 126 and horizontal support member 28 is pivot connection C. Axis A extends between pivot connections B and C. Axis A is oblique relative to horizontal and vertical frame members of the barrier frame 12 and the gate 14. Oblique means: 1) neither perpendicular nor parallel to a given line or surface, 2) slanting, and 3) sloping.

As shown in FIG. 2A, the first latch apparatus 16 includes a finger handle 128. Finger handle 128 is engaged to an upper end of a vertical running elongate piece or rod 130. A first or lower latch 132 is engaged to a lower end of the vertical running elongate piece 130. Latch 132 interacts with a latch receiver 134 extending upwardly from the upper face of lowermost support member 28 of main frame 12. A coil spring 136 is engaged about the vertical running elongate piece 130. An upper end of the coil spring 136 abuts a stationary piece 138 fixed in vertical support member 74. A lower end of the coil spring 136 is engaged to the upper end of latch 132. When the finger handle 128 is snared and pulled up by a finger, the coil spring 128 is compressed. When the finger handle 128 is released, the coil spring 128 pushes latch 132 and elongate piece 130 downwardly such that latch 132 may engage latch receiver 134. Latch receiver 142 includes ramps 143 that the distal end of latch 132 hits when the gate 14 is closed. When the distal end of latch 132 hits ramp 143, the latch 132 is forced upwardly and inwardly, whereupon the distal end of latch 132 rides on the horizontal upper surface 145 until the coil spring 136 forces the distal end of the latch 132 downwardly into a central opening 147 formed in the latch receiver 142 so as to lock the first latch apparatus 16. Ramp 143 lies parallel to horizontal member 28. Ramp 143 is oblique relative to a flat upper surface or horizontal member 28. Latch receiver 142 of first latch apparatus 16 is an upper molding or piece or housing 142 extending about the junction of support member 78 and vertical support member 74. Latch receiver or upper molding or housing 142 includes a recess or latch opening 144 for an upper latch 148 of the second latch apparatus 18 and further includes ramps or inclined surfaces 141 leading into the recess 144. A top wall, a bottom wall, and a pair of sidewalls within the molding 142 form the latch opening 144 for upper latch 148.

The second latch apparatus 18 includes a button 146 mounted in a housing 150 at the junction of uppermost horizontal support member 34 and vertical support member 32 of second end 26. Button 146 is operatively connected to the upper latch 148 that is also mounted in the housing 150 of uppermost horizontal support member 34 and vertical support member 32 of second end 26. A distal end of latch 148 is received in recess 144 of latch receiver or upper molding or housing 142. Latch 148 is operatively connected to button 146 such that when button 146 is pushed down, latch 148 is drawn out of recess 144 such that gate 14 can be swung open. This action is provided for by an inner curved end or edge 149 of button member 146. When pushed downwardly, curved edge 149 draws the latch 148 inwardly by a tab 151 on a proximal end of the latch 148. Tab 151 rides on the curved edge 149. A spring 153 mounted in the housing 150 of uppermost horizontal support member 34 and vertical support member 32 of second end 26 biases the latch 148 in the closed position, i.e., in the position where the distal end of the latch 148 is in recess 144. One end of spring 153 is engaged to a proximal end of the latch 148. The other end of the coil spring 153 is engaged to a fixed piece 155 fixed in vertical support member 34.

First and second latch apparatus 16 and 18 are dependent upon each other when the gate 14 is being opened. In other words, for the gate 14 to be opened, each of the first and second latch apparatus 16, 18 must be operated. If button 146 is pressed down to draw in the upper latch 148 and the user attempts to push or pull open the gate 14 without raising the finger handle 128, the lower latch 132 remains in the down position in latch receiver 134 and the gate 14 cannot be pushed or pulled open. If the finger handle 128 is raised to draw up the lower latch 132 and the user attempts to push or pull open the gate 14 without pressing down on the button 146, the upper latch 148 remains in the upper latch receiver 142 and the gate 14 cannot be pushed or pulled open. Only when each of the finger handle 128 and button 146 is operated can the gate 14 be pushed or pulled open. That is, only when the finger handle 128 is in the raised position and the button 146 is pressed down can the gate 14 be pushed or pulled open.

First and second latch 16 and 18 are independent of each other for a closing of the gate 14. In other words, gate 14 requires only one of the lower and upper latches 132, 148 to be engaged in its respective latch receiver 134, 142 for the gate 14 to be locked in its closed position where the gate 14 is in a common plane with barrier frame 12. Gate 14 closes to a locked position automatically without operation of the finger handle 128 or button 146 because, when gate 14 is being closed from either face of the barrier frame 12, lower and upper latches 132, 148 engage respective ramps 143, 141 that lead into respective latch openings 147, 144 such that there is a snapping action provided by respective coil springs 136, 153 when latches 132, 148 engage latch openings 147, 144.

It is preferred that all support members of gate apparatus **10** are tubular, except piece **122** and mount **126** may not be tubular.

It is preferred that all support members of gate apparatus **10** are square or rectangular in section. These support members include support members **28**, **30**, **32**, **34**, **36**, **38**, **48**, **50**, **52**, **54**, **56**, **58**, **60**, **72**, **74**, **78**, **80**, **88**, **90**, **92**, **94**, **96**, **98**, **100**, **104**, **106**, **108**, **110**, **112**, and **114**. A rectangle is a parallelogram having four right angles. A square is a rectangle having four sides of equal length.

The provision of panel **82** in the gate **14** makes the gate **14** stand out in the gate apparatus **10**. A user in a hurry, or a visitor to the home, more readily can determine where the gate **14** is in the overall gate apparatus **10**. A conventional gate includes a great number of wires such that it may be difficult to quickly ascertain where the fixed portions of the barrier end and where the gate picks up.

The present gate apparatus **10** is a combination panel and tube gate apparatus where the tubes of the gate are rectangular in section and where the panels are wood or a wood composite or have the appearance of wood. Tubes that are rectangular in section tend to appear less utilitarian and more aesthetic than tubes that are round in section. Wood panels or panels that have the appearance of wood are more pleasing to the eye than metal panels or metal gates that have no panels, especially in a residence where a great amount of wood may be found.

FIG. **5**A shows a gate apparatus **152** that does not have a pet door **102**. Gate apparatus **152** includes a gate **154**. Gate **154** includes the lowermost horizontal support member **76**, the traversing horizontal support member **78**, the vertical support member **72** defining a swing axis, and vertical support member **74**. Gate **154** includes upper horizontal support member **80**, panel **82**, beveled periphery **84**, and flat panel portion **86**. If desired, gate apparatus **152** can include piece **122** and mount **126** to provide pivot connections B and C and oblique axis A.

Gate **154** includes lower intermediate horizontal support member **156** running to and between vertical support members **72**, **74**. Horizontal support member **156** is disposed between and runs parallel to horizontal support members **76**, **80**.

Gate **154** further includes vertical support members **158**, **160**, **162**, **164**, and **166**. Members **158**, **160**, **162**, **164** and **166** run parallel to each other and to vertical support members **72**, **74**.

Running between horizontal support members **76** and **156**, and further running between vertical support members **72**, **74**, is a panel **168**. Panel **168** is opaque. More preferably, panel **168** is formed of wood or a material that provides the appearance of wood. Members **72**, **74**, **76**, and **156**, the support members surrounding the panel **168**, have a first thickness, i.e., a distance from a first or front face of the gate apparatus **152** to a second or rear face of the gate apparatus **152**. Inwardly of surrounding members **72**, **74**, **76** and **156**, panel **168** includes a beveled periphery **170**. Inwardly of the beveled periphery **170** is a flat panel section **172** having a second thickness greater than the first thickness of members **72**, **74**, **76**, and **156**. It should be noted that beveled periphery **170** and flat panel section **172** is found on both sides of the gate **154**.

In gate apparatus **152**, upper panel **82** and lower panel **168** have the same length, i.e., are set between the same vertical support members **72**, **74**. Such a common length makes the gate **154** visually stand out for the user.

It should be noted that gate apparatus **10** and gate apparatus **152** minimize the number of horizontal or traversing support members. One reason for this is to maximize the difficulty for children and pets to climb up and over the gate apparatus **10**, **152**.

Gate **14** is swingable on an axis A. Axis A runs through a first pivot connection B and a second pivot connection C. A true vertical line running through pivot connection B is spaced apart from and runs parallel to a true vertical line running through pivot connection C. Neither of such true vertical lines are parallel with axis A.

When gate apparatus **10** is set up between two vertical surfaces, such as walls, the horizontal and vertical support members of the gate apparatus **10** are likely not truly vertical and truly horizontal, but merely generally vertical and generally horizontal.

If axis A hypothetically ran horizontally, and if gate **14** depended from pivot connections set apart horizontally from each other, where such pivot connections established such hypothetical axis, gate **14** when released from an open position would swing like a pendulum and eventually come to rest in a true vertical plane and in a common plane with the barrier frame **12**. This principle is applied to this case where axis A is not horizontal, but is partially horizontal. In effect, axis A is partially horizontal and partially vertical (or has both horizontal and vertical components) because axis A is oblique relative to vertical support members of the barrier frame **12** and gate **14** and is further oblique relative to horizontal support members of the barrier frame **12** and gate **14**.

Examples of first pivot connection B are pivot connections **214** and **230** that are shown in FIGS. **4**A and **4**B. Examples of second pivot connection C are pivot connections **174** and **197**, shown in FIGS. **3**A and **3**B.

As shown in FIG. **3**A, gate apparatus **10** includes a second pivot connection or hinge **174**. Pivot connection **174** includes a spacer or portion **176** fixed relative to the gate **14**. Pivot connection **174** further includes a portion **178** fixed relative to the frame **12**. This portion **178** is a planar upper surface section of horizontal support member **28**. Frame **12** lies generally in a plane. Gate **14** lies generally in a plane. When the gate **14** is closed, gate **14** and frame **12** lie generally in the same plane.

Spacer or gate portion **176** is fixed relative to piece **126**, which in turn is fixed relative to vertical support member **72** and horizontal support member **76**. Piece **126** includes a proximal end engaged to vertical support member **72**. A distal end of piece **126** is engaged to spacer or gate portion **176**. Pivot pin **180** extends through spacer or gate portion **176** and is nonrotatably fixed thereto. Pin **180** includes a pin head **181**. Gate portion or spacer **176** includes the pivot pin **180**. Pivot pin **180** is nonrotatably fixed relative to gate portion or spacer **176** and thereby also fixed relative to piece **126**, vertical support member **72** and horizontal support member **76** of gate **14**. Thus, pivot pin **180** is fixed relative to gate **14**. Pivot pin **180** includes an axis **182**. When pivot pin **180** is set in hole **188**, axis **182** may become aligned with, or closely aligned with, axis A because face **184** of spacer **176** is oblique relative to the horizontal or is oblique relative to an axis of the vertical support member **32** of the first end **24** of the barrier frame **12**.

Spacer **176** includes the first face **184**. First face **184** is disk shaped. First face **184** lies at a right angle to the plane in which the gate **14** lies. First face **184** is disposed obliquely relative to the pin axis **182** and obliquely relative to the horizontal support members of the gate **14**.

First face **184** is preferably not at a right angle to the pin axis **182**. First face **184** is preferably between 85 and 89.9 degrees to axis **182**, more preferably between 86 and 89.9

degrees to axis **182**, still more preferably between 87 and 89.9 degrees to axis **182**, and yet more preferably between 88 and 89.9 degrees to axis **182** such that face section **184** slopes upwardly from the pivot side of the gate **14** to the latch side of the gate **14** when the pivot pin **180** is oriented truly vertical.

It should be noted that the following angles as illustrated are exaggerated: 1) the oblique angle of face **184** relative to the other end of the spacer **176** or relative to horizontal components of the gate **14** in FIG. 3A, 2) the oblique angle of face **208** relative to the upper surface of member **28** and other horizontal components of the frame **12** in FIG. 3B, 3) the oblique angle of face **218** relative to pivot pin axis **229** in FIG. 4A, and 4) the oblique angle of face **242** relative to piece **122** and other horizontal components of barrier frame **12** of FIG. 4B.

Frame portion **178**, i.e., the upper face of horizontal support member **28** of barrier frame **12**, that is fixed relative to the frame **12** includes a second face **186**. Frame portion **178** includes a pivot receptor or seat **188** for the pivot pin **180**. The thickness (or height) of seat **188** is relatively small such that pivot pin **180** can tilt or demonstrate some play in seat **188**. Face **186** is disposed at a right angle to the plane in which the frame **12** lies. Seat **188** includes a depth greater than the axial length of pivot pin **180** such that, when pivot pin **180** is seated in the seat **188**, the distal end of the pivot pin **180** is spaced from the bottom of the seat **188** (from the floor of member **28**) such that a face section **190** of gate portion or spacer **176** makes contact with a face section **192** of frame portion **178**. Seat **188** in effect is bottomless because seat **188** is a hole that extends into tubular member **28**. A pivot side end portion **190** lies on the swing or pivot side, as opposed to the latch side, of gate portion or spacer **176** of gate **14**. Also, a pivot side end portion **192** lies on the swing or pivot side, as opposed to the latch side, of face **186** of upper surface **178** of horizontal member **28** of frame **12**.

Generally, by virtue of one or more of axis A and the oblique face **184**, gate **14** will, after being opened and released by the user, swing under the influence of gravity back toward the plane in which the frame **12** lies and come to rest against the frame **12** or come to rest in frame **12**, where latches **132** and **148** snap into their respective openings **147** and **144**. More specifically, the gate **14** returns to a position close to the plane of the barrier frame **12** or returns to a closed position under the influence of gravity because of one or more of the following factors: a) at least one of the pivot connections B and C establish an axis (oblique axis A) that is partially horizontal (has a horizontal component and a vertical component), b) the oblique face **184**, c) at least one of the pivot connections B and C tends to be imperfect and/or have a slight degree of play, d) the distal end of the pivot pin **180** extends into a space and does not ride upon on a surface thereby permitting pivot pin **180** to tilt, and e) faces **184** and **186** that ride on each other or a latch side face section **194** of oblique face **184** that will tend to collapse or seek out a latch side face section **196** of face **186** of frame portion **178**.

In other words, a gate **14** having a perfectly vertical axis at pivot connection B and a perfectly vertical axis at pivot connection C would not swing because such parallel axis are spaced apart from each other. Only if one pivot connection was provided with an arc through which to move would such a gate **14** swing. However, with slightly oblique face **184**, the axis **182** of pivot pin **180** is titled and drawn closer to, if not in alignment with, axis A.

Upper pivot connection B, by virtue of piece **122**, is spaced a first distance from a vertical axis of vertical support member **32** of barrier frame **12**. Lower pivot connection C, by virtue of piece **126**, is spaced a second distance from the vertical axis of vertical support member **32** of barrier frame **12**, with such second distance being less than such first distance, such that axis A takes on a horizontal component, such that gate **14** swings shut automatically under the influence of gravity without the aid of a spring.

It should be noted that, for purposes of illustration only, pivot pin **180** of FIGS. 3A and 3B and pivot pin **227** of FIGS. 4A and 4B are shown oriented vertically prior to being tilted. In other words, for purposes of illustration only, the following pairs of confronting faces are shown with their latch side end portions spaced apart: faces **184** and **186** of FIG. 3A, faces **200** and **208** of FIG. 3B, faces **218** and **224** of FIG. 4A, and faces **234** and **242** of FIG. 4B. In operation, such pairs of faces abut and make contact with each other and ride upon each other.

Gate apparatus **10** includes barrier frame **12** in generally a first plane. Barrier frame has a first vertical support member **32** on first end **24**. First vertical support member **32** includes a first vertical axis. Gate **14** is swingable into and out of the barrier frame **12** and into and out of the first plane. Gate **14** includes a pivot side and a latch side. A first pivot connection B is disposed between the gate **14** and the barrier frame **12**. A second pivot connection C is disposed between the gate **14** and the barrier frame **12**. The first and second pivot connections B, C establish a swing axis A on which the gate **14** swings. Swing axis A is oblique relative to the first vertical axis of the first vertical support member **32** of end **24** such that the swing axis A has a horizontal component (i.e., is oriented between the vertical and the horizontal) whereby, after the gate **14** has been opened and released, the gate **14** swings back to the first plane of the barrier frame **12** under the influence of gravity.

The barrier frame **12** further includes an upper horizontal frame member **122** extending from the first vertical member **32** of end **24** at a right angle. The first pivot connection B is engaged to the upper horizontal frame member **122** at a first distance from the first vertical axis of the first vertical member **32** of end **24**. The barrier frame **12** further includes a lower horizontal frame member **28** extending from the first vertical member **32** of end **24** at a right angle. The second pivot connection C is engaged to the lower horizontal frame member **28** at a second distance from the first vertical axis of the first vertical member **32** of end **24**, where such first distance is greater than such second distance.

Pivot connection **174** of FIG. 3A includes a first face **184** and a second face **186**. The first and second faces **184**, **186** confront each other. The first face **184** is fixed relative to the gate **14**. The second face **186** is fixed relative to the horizontal frame member **28** of frame **12**. Pivot connection **174** of FIG. 3A further includes a pivot pin **180**. Pivot pin **180** extends through the first and second faces **184**, **186**. Pivot pin **180** includes an axis **182**. First face **184** is oblique relative to axis **181** (and is further oblique relative to horizontal member **76** of gate **14**) such that, when the first and second faces **184**, **186** make contact with each other, the axis **182** of the pivot pin **180** becomes generally aligned with swing axis A.

Gate **14** includes upright support member **72**. Upright support member **72** includes an upright axis. Upright support member **72** includes an upper end and a lower end. First pivot connection B is engaged to the upper end of upright support member **72**. Second pivot connection C is offset from the lower end of upright support member **72** of gate **14**. Second pivot connection C is disposed between the first vertical axis of first vertical member **32** of end **24** and the

upright axis of upright support member **72** of gate **14**. Piece **126** includes a proximal end and a distal end. The proximal end of piece **126** is engaged to the lower end of upright support member **72**. Piece **126** extends from the lower end of the upright support member **72** at a right angle. The second pivot connection C is engaged between the distal end of piece **126** and the horizontal support member **28** of barrier frame **12**.

It should be noted that the automatic return under the influence of gravity function of the gate **14** described with reference to FIG. **3**A is provided by the structures of FIGS. **3**B, **4**A and **4**B.

The pivot connection **197** of FIG. **3**B includes a spacer or gate portion **198** fixed relative to the gate **14**. Spacer or gate portion **198** includes a first face **200** fixed relative to the gate **14**. First face **200** includes a pivot side end portion **202** and a latch side end portion **204**.

Pivot connection **197** further includes a portion **206** fixed relative to the frame **12**. Frame portion **206** is triangular in section and includes a second face **208**. Face **208** includes a pivot side end portion **210** and a latch side end portion **212**.

Face **200** is disposed at a right angle relative to the plane of the gate **14**. Face **200** is disposed at a right angle relative to the axis **182** of pivot pin **180**.

Face **208** is disposed at a right angle relative to the plane of the frame **12**. Face **208** is disposed obliquely relative to horizontal support member **76**, and obliquely relative to the vertical axis of first vertical support member **32** of end **24** of frame **12**.

The pivot connection **214** of FIG. **4**A includes a gate portion or pivot pin head **216** fixed relative to the gate **14**. Gate portion **216** includes a first face **218** fixed relative to the gate **14**. First face **218** includes a pivot side end portion **220** and a latch side end portion **222**.

Pivot connection **214** further includes a piece or portion **122** fixed relative to the frame **12**. Frame portion **122** includes a second face **224**. Face **224** includes a pivot side end portion **226** and a latch side end portion **228**.

Face **218** is disposed at a right angle relative to the plane of the gate **14**. Face **218** is disposed at an oblique angle relative to an axis **229** of pivot pin shaft **227**. Pivot pin shaft **227** is fixed to gate portion or pivot pin head **216**.

Face **224** is disposed at a right angle relative to the plane of the frame **12**. Face **224** is shown disposed at a right angle relative to the axis **229** of pivot pin shaft **227** prior to the pivot pin shaft **227** being tilted by the connection of the gate **14** to the barrier frame **12**.

The pivot connection **230** of FIG. **4**B includes a portion or pivot pin head **232** fixed relative to the gate **14**. Gate portion or pivot pin head **232** includes a first face **234** fixed relative to the gate **14**. First face **234** includes a pivot side end portion **236** and a latch side end portion **238**.

Pivot connection **230** further includes a portion **240** fixed relative to the frame **12**. Frame portion **240** is triangular in section and includes a second face **242**. Face **242** includes a pivot side end portion **244** and a latch side end portion **246**.

Face **234** is disposed at a right angle relative to the plane of the gate **14**. Face **234** is disposed at a right angle relative to the axis **229** of pivot pin shaft **227**.

Face **242** is disposed at a right angle relative to the plane of the frame **12**. Pivot pin shaft **227** is fixed to gate portion or pivot pin head **232**. Face **242** is disposed obliquely relative to the vertical axis of first vertical support member **32** of end **24** of frame **12**, and relative to horizontal support member or piece **122**.

It should be noted that gate portions **216**, **232** are pivot pin heads fixed relative to the gate **14** and have associated pivot pin shafts **227**. That is, when the gate **14** swings, pivot pin heads or gate portions **216**, **232** and the pivot pin shafts **227** swing with the gate **14**.

Pivot pin head **216** has an undersurface that is oblique relative to axis **229**. This undersurface is face **218**.

Each of the pivot pin shafts **227** shown in FIGS. **4**A and **4**B enters an opening formed in piece **122**, exits such opening, and then enters the upper end of upright support member **72**. Upright support member **72**, includes its upper end, is tubular. Each of pivot pin shafts **227**, tilted by the oblique faces **218** and **242**, remains tilted and hidden from view in tubular upright support member **72**. Tilted pivot pins **180** also are hidden from view in tubular member **28**.

Frame piece or portion **122** is a receiver or seat for the pivot pin head or gate portion **216**. Portion **240**, fixed to frame portion **122**, is a receiver or seat for pivot pin head **232**.

It should be noted that only one of pivot connections **174**, **197**, **214**, **230** is required for the automatic swing return of gate **14**. However, if desired, any of the lower pivot connections **174**, **197** may be used in combination with any of the upper pivot connections **214**, **230**. Preferred is a combination where pivot connection **174** is utilized along with an upper pivot connection where a pivot pin that swings independently of each of the frame **12** and gate **14** is used, where such pivot pin has no undersurface that is oblique, and where piece **122** has no piece or seat having an oblique surface.

In the pivot connections **174**, **197**, **214**, and **230** of FIGS. **3**A, **3**B, **4**A and **4**B, the pivot side end portion of a face is diametrically opposite of the latch side end portion of such face.

In the pivot connections **174**, **197**, **214**, and **230** of FIGS. **3**A, **3**B, **4**A and **4**B, when the frame **12** and gate **14** are coplanar, i.e., when the gate **14** is closed, the pivot side end portions of the confronting upper and lower faces make contact with each other and the latch side end portions of the confronting upper and lower faces make contact with each other.

In the pivot connections **174**, **197**, **214**, and **230** of FIGS. **3**A, **3**B, **4**A and **4**B, faces **184** and **218** run upwardly from their pivot side end portions **190**, **220** to their latch side end portions **194**, **222** when the pivot pin axis is at a true vertical position.

In the pivot connections **174**, **197**, **214**, and **230** of FIGS. **3**A, **3**B, **4**A and **4**B, faces **208**, **242** run downwardly from their pivot side end portions **210**, **244** to their latch side end portions **212**, **246** when the pivot pin axis is at a true vertical position.

FIGS. **5**A and **5**B shows a first latch apparatus **248**. Latch apparatus **248** includes a molding or latch receiver or housing **249**. Mounted on and integral with housing **249** is a finger handle **250** that is engaged to a rod **252** that in turn is engaged to a piston **254** slideable in tubular support member **74**. By way of contrast, it should be noted that molding or latch receiver **142** of first latch apparatus **16** is fixed to gate **14** and finger handle **128** is raised independently of molding or first latch receiver **142**.

Piston **254** of first latch apparatus **248** compresses a coil spring **256** in member **74** against a stationary piece **258** engaged in member **74**. When finger handle **250** is released from a drawn up position, coil spring **256** pushes piston **254** downwardly. Piston **254** is engaged to a rod **260** that is engaged to a lower latch, such as lower latch **132** of first latch apparatus **16**.

FIG. **5**B further shows a second latch apparatus **262**. Second latch apparatus **262** includes a housing **264** mounted

on a junction of support members **32**, **34**. A finger slide **266** is mounted on the housing **264** and extends through an opening in the housing **264** to be engaged to a first latch or extension **268**. First latch **268** is biased by a coil spring **270** fixed in the housing **264** such that a distal end of latch **268** normally extends out of the housing **264**. Distal end of latch **268** engages an opening **272** formed in latch receiver or molding **249**. Opening **272** is an opening that extends laterally through housing **249**, i.e., from one face or side of the gate **154** to the other face or side of the gate **154**. Opening **272** is formed by top and bottom walls and an end wall but includes no sidewalls. Second latch apparatus **262** further includes a second latch **274** mounted in housing **264**. A distal end of latch **274** normally extends out of housing **264** under the bias of a coil spring **276** fixed in housing **264**. The distal end of latch **274** engages an opening **278** formed in molded latch receiver **249** below and spaced apart from opening **272**. Opening **278** is formed longitudinally in molding **249** but also is bottomless to allow the molding **249** and its finger handle **250** to be raised. Opening **278** is formed by sidewalls, a top wall and an end wall. The structure that forms opening **278** includes no bottom wall at opening **278**. Molding **249** includes a pair of ramps **280** leading into the opening **278** such that, when the gate **14** is closed, one of the ramps **280** hits the distal end of latch **274** and pushes the latch **274** inwardly into the housing **264** whereupon, after the distal end of latch **274** travels the length of the ramp **280**, the latch **274** snaps into longitudinal opening **278**.

First and second latch apparatus **248**, **262** operate differently from the first and second latch apparatus **16**, **18**. That is, the first and second latch apparatus **248**, **262** must be operated in sequence in order to open gate **154**, with the sequence being a first in time operation of the second latch apparatus **262** to draw in latch **268** and a second in time operation of the first latch apparatus **248** to raise the finger handle **250** and the lower latch connected to rod **260**. If a user attempts to raise finger handle **250**, but does not slide finger slide **266** to the open position, latch **268** will prevent the finger handle **250** from being raised. If the finger slide **266** is slid to draw in the distal end of the latch **268** and out of opening **272**, then the finger handle **250** may be raised and the lower latch may be disengaged from its latch receiver (as shown in FIGS. **2**A and **2**B). Gate **154** may be automatically closed because the lateral through opening **272** swings over the distal end of the latch **268**, because one of the ramps **280** push the second latch **274** inwardly, and because one of the ramps **143** of lower latch apparatus **16** pushes in lower latch **132** (please see FIGS. **2**A and **2**B). To open gate **154**, latch **262** is operated and, while slide **266** is holding the distal end of latch **268** out of opening **272**, latch **248** is operated, whereupon gate **154** may be swung open to either face of frame **12**.

In operation, to set up the gate apparatus **10**, a location between two vertical surfaces is selected. Then, if required, one or more of the extensions **20**, **22** are engaged to the ends **24**, **26** of the barrier frame **12**. Then, screw apparatus **40** are operated to squeeze the ends **24**, **26** of the barrier frame **12** relatively toward each other until inner vertical support member **32** of the second end **26** of the barrier frame **12** is substantially parallel with vertical support member **74** of the gate **14** such that upper latch **148** is engagable with upper latch receiver **142**.

In operation, to open the gate **14** from the closed position where gate **14** is in a common plane with barrier frame **12**, the user raises the finger handle **128**, presses down on button **146**, and pushes or pulls on the gate **14** to swing the gate **14** open to either face of the barrier frame **12**. It should be noted that raising the finger handle **129** and pressing down on button **146** are steps that are independent of each other (in contrast to the sequential steps required for first and second latch apparatus **248**, **262**). Then the user **14** walks over the relatively low horizontal support member **28** and through the opening in the barrier frame **12** left by the open gate **14**.

In operation, to close the gate **14** after walking through the opening in the barrier frame left by the open gate **14**, the user may push the gate **14** closed and the upper and lower latches **148**, **132** will automatically snap into their respective upper and lower latch receivers **142**, **134**. If the user does not take a positive action, such as a push against the gate **14**, the gate **14** will return to a position close to the closed position by virtue of one of the springless automatic return pivot connections **174**, **197**, **214**, and **230** of FIGS. **3**A, **3**B, **4**A and **4**B. Close to the closed position means that the distal ends of upper and lower latches **148**, **132** may come to rest upon the respective ramps **141**, **143** of the respective latch receivers **142**, **134** or that gate **14** will swing back to a slightly ajar position. In such slightly ajar position, the relatively heavy metal gate **14** may not be able to be swung or pushed or pulled open by a small child or pet, thereby effectively acting as a barrier even though the upper and lower latch apparatus **16**, **18** have not been engaged. In some cases, depending upon the exact x, y, and z orientation of the gate apparatus **10**, gate **14** will swing all of the way into the closed position with latches **132**, **148** snapping into their respective latch receivers **134**, **142** by virtue of the springless automatic return pivot connection **174**, **197**, **214** or **230** without a user actively pushing or pulling on the gate **14**.

In the embodiments of the pivot connections shown in FIG. **3**A and FIG. **3**B, the horizontal and vertical support members of the gate **14** may be slightly oblique relative to the horizontal and vertical support members of the barrier frame **12**. This obliqueness is caused by shaving merely one end of spacer **176** to be oblique so as to align pin **180** with pivot axis A or by providing for the singular frame portion **206**. However, this obliqueness is difficult to detect visually with the human eye. This obliqueness of the gate **14** may be cured by providing a pivot connection **281** shown in FIG. **6**A, where such pivot connection **281** includes a spacer **282** having a pair of ends **284**, **286** that are parallel to each other, as opposed to the ends of spacer **176** in FIG. **3**A, where the ends are oblique relative to each other so as to align the pivot pin **180** on axis A. Spacer **282** is tubular. Pivot connection further includes a spacer **288** disposed between pin head **181** and piece **126**. Spacer **288** is triangular in section. The hole or opening **290** in the upper portion of horizontal support member **28** may be drilled to be aligned on axis A, whereas in the pivot connection of FIG. **3**A hole **188** is drilled vertically, but whose diameter may be slightly larger than the diameter of pin **180** to permit a tilting of pin **180**. Spacers **282** and **288** are nonrotatably fixed on pivot pin **180**. Pivot connection **281** of FIG. **6**A may be used in combination with the pivot connection **230** of FIGS. **4**B and **6**B. Whereas FIG. **4**B shows pivot connection **230** immediately prior to operation, FIG. **6**B shows the pivot connection **230** in operation where face **234** is riding on face **242** of spacer **240**. With the embodiments of FIGS. **6**A and **6**B, the horizontal support members of gate **14** are aligned with the horizontal support members of barrier **12** and the vertical support members of gate **14** run parallel to the horizontal support members of barrier **12**.

A part or parts from one embodiment may be added to another embodiment. A part or parts from one embodiment may be replaced with a part or parts of another embodiment. In other words, the invention may feature a first part from a

first embodiment, a second part from a second embodiment, a third part from a third embodiment, a fourth part from a fourth embodiment, and so on. Features may be interchanged between one or more embodiments.

Thus since the invention disclosed herein may be embodied in other specific forms without departing from the spirit or general characteristics thereof, some of which forms have been indicated, the embodiments described herein are to be considered in all respects illustrative and not restrictive. The scope of the invention is to be indicated by the appended claims, rather than by the foregoing description, and all changes which come within the meaning and range of equivalents of the claims are intended to be embraced therein.

What is claimed is:

1. A pressurized gate apparatus that is engaged between first and second vertically running surfaces and off a floor extending between the two vertically running surfaces, comprising:
   a) a barrier frame in generally a first plane;
   b) a gate engaged to the barrier frame and swingable into and out of the barrier frame and into and out of said first plane, said gate having a pivot side and a latch side;
   c) the barrier frame having a first inner vertical support member, a first outer vertical support member, a first upper horizontally extending portion, and a first lower horizontally extending portion, the first inner and outer vertical support members extending parallel to each other, the first upper and lower horizontally extending portions extending parallel to each other, the first inner vertical support member being adjacent to the pivot side of the gate, the first inner vertical support member having an axis;
   d) the barrier frame further having a second inner vertical support member, a second outer vertical support member, a second upper horizontally extending portion, and a second lower horizontally extending portion, the second inner and outer vertical support members extending parallel to each other, the second upper and lower horizontally extending portions extending parallel to each other, the second inner vertical support member being adjacent to the latch side of the gate, the second inner vertical support member having an axis, the second lower horizontally extending portion having an axis;
   e) a first and upper pivot connection between the gate and the barrier frame;
   f) a second and lower pivot connection between the gate and the barrier frame;
   g) the barrier frame being a pressure frame and including first and second ends, the first end including the first inner and outer vertical support members, the second end including the second inner and outer vertical support members;
   h) each of the second inner and outer vertical support members of the second end of the barrier frame manufactured to be obtuse relative the axis of the second lower horizontally extending portion of the barrier frame;
   i) said gate being between said first and second ends;
   j) the first and second ends being relatively squeezable together between said two vertically running surfaces to thereby resiliently push back against the vertically running surfaces such that the barrier frame is fixed between the two vertically running surfaces and off the floor and such that the axis of each of the second inner and outer vertical support members and the axis of the second lower horizontally extending portion are pushed into about a right angle relationship;
   k) the first and second ends being relatively squeezable together by first, second, third, and fourth screw apparatus, the first screw apparatus engaging the first upper horizontally extending portion of the barrier frame, the second screw apparatus engaging the first lower horizontally extending portion of the barrier frame, the third screw apparatus engaging the second upper horizontally extending portion of the barrier frame, and the fourth screw apparatus engaging the second lower horizontally extending portion of the barrier frame, the first and second screw apparatus engaging the first vertically running surface, the third and fourth screw apparatus engaging the second vertically running surface;
   l) the gate including first, second, third, and fourth corner portions, the gate engaging the barrier frame at each of the first, second, third, and fourth corner portions, the first and upper pivot connection being engaged at the first corner portion, the second and lower pivot connection being engaged at the second corner portion, an upper latch being engaged at the third corner portion and extending between the third corner portion and the barrier frame, and a lower latch being engaged at the fourth corner portion and extending between the fourth corner portion and the barrier frame;
   m) said first and upper and second and lower pivot connections establishing a swing axis on which the gate swings, said swing axis being oblique relative to the vertical axis of the first inner vertical support member; and
   n) the first and upper pivot connection between the gate and the barrier frame comprising:
      i) a swinging portion that is fixed to the gate such that, when the gate swings, the swinging portion swings with the gate;
      ii) a receiver portion that is fixed to the frame, the receiver portion receiving the swinging portion that is fixed to the gate;
      iii) the receiver portion having a face, the face having a flat portion; and
      iv) the flat portion being disposed obliquely relative to the vertical axis of the first inner vertical support member, the swinging portion riding on the flat portion.

2. A pressurized gate apparatus that is engaged between first and second vertically running surfaces and off a floor extending between the two vertically running surfaces, comprising:
   a) a barrier frame in generally a first plane;
   b) a gate engaged to the barrier frame and swingable into and out of the barrier frame and into and out of said first plane, said gate having a pivot side and a latch side;
   c) the barrier frame having a first inner vertical support member, a first outer vertical support member, a first upper horizontally extending portion, and a first lower horizontally extending portion, the first inner and outer vertical support members extending parallel to each other, the first upper and lower horizontally extending portions extending parallel to each other, the first inner vertical support member being adjacent to the pivot side of the gate, the first inner vertical support member having an axis;
   d) the barrier frame further having a second inner vertical support member, a second outer vertical support member, a second upper horizontally extending portion, and

a second lower horizontally extending portion, the second inner and outer vertical support members extending parallel to each other, the second upper and lower horizontally extending portions extending parallel to each other, the second inner vertical support member being adjacent to the latch side of the gate, the second inner vertical support member having an axis, the second lower horizontally extending portion having an axis;

e) a first and upper pivot connection between the gate and the barrier frame;

f) a second and lower pivot connection between the gate and the barrier frame;

g) the barrier frame being a pressure frame and including first and second ends, the first end including the first inner and outer vertical support members, the second end including the second inner and outer vertical support members;

h) each of the second inner and outer vertical support members of the second end of the barrier frame manufactured to be obtuse relative the axis of the second lower horizontally extending portion of the barrier frame;

i) said gate being between said first and second ends;

j) the first and second ends being relatively squeezable together between said two vertically running surfaces to thereby resiliently push back against the vertically running surfaces such that the barrier frame is fixed between the two vertically running surfaces and off the floor and such that the axis of each of the second inner and outer vertical support members and the axis of the second lower horizontally extending portion are pushed into about a right angle relationship;

k) the first and second ends being relatively squeezable together by first, second, third, and fourth screw apparatus, the first screw apparatus engaging the first upper horizontally extending portion of the barrier frame, the second screw apparatus engaging the first lower horizontally extending portion of the barrier frame, the third screw apparatus engaging the second upper horizontally extending portion of the barrier frame, and the fourth screw apparatus engaging the second lower horizontally extending portion of the barrier frame, the first and second screw apparatus engaging the first vertically running surface, the third and fourth screw apparatus engaging the second vertically running surface;

l) the gate including first, second, third, and fourth corner portions, the gate engaging the barrier frame at each of the first, second, third, and fourth corner portions, the first and upper pivot connection being engaged at the first corner portion, the second and lower pivot connection being engaged at the second corner portion, an upper latch being engaged at the third corner portion and extending between the third corner portion and the barrier frame, and a lower latch being engaged at the fourth corner portion and extending between the fourth corner portion and the barrier frame;

m) said first and upper and second and lower pivot connections establishing a swing axis on which the gate swings; and

n) the first and upper pivot connection between the gate and the barrier frame comprising:
  i) a swinging portion that is fixed to the gate such that, when the gate swings, the swinging portion swings with the gate;
  ii) a receiver portion that is fixed to the frame, the receiver portion receiving the swinging portion that is fixed to the gate;
  iii) the receiver portion having a face, the face having a flat portion; and
  iv) the flat portion being disposed obliquely relative to the vertical axis of the first inner vertical support member, the swinging portion riding on the flat portion.

* * * * *