# EXHIBIT 2

# To Be Filed Under